**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JEREMY THURMAN, | : | |
| GDC No. 1122292, | : | PRISONER HABEAS CORPUS |
|     Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:16-CV-3368-WSD-JSA |
| STATE OF GEORGIA, | : | |
|     Respondent. | : | |

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

Petitioner submitted what he styled as a "Direct Appeal Motion," and the Clerk docketed the pleading as a habeas petition under 28 U.S.C. § 2254 although it was not clear from the pleading whether Petitioner intended to file the "direct appeal" in the appropriate state court of appeals instead of the instant § 2254 habeas corpus petition. (Doc. 1). On September 20, 2016, this Court entered an Order instructing Petitioner to submit the full initial filing fee of $5.00 or a request to proceed *in forma pauperis*, and, if he did, in fact, intend to file the action as a habeas petition in this Court, to amend the petition on the proper forms to add factual allegations specifying what acts or omissions he claims violated his constitutional rights. (Doc. 2). Petitioner was advised that his failure to comply with this Court's instructions may result in dismissal of the petition. (*Id.*).

As of November 10, 2016, Petitioner has neither paid the $5.00 filing fee or submitted a request to proceed *in forma pauperis*. Nor has he submitted the required amendment, presumably because he did not intend to file a habeas petition in this Court.

**IT IS THEREFORE RECOMMENDED** that the instant action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to obey a lawful Order of the Court. *See* L.R. 41.3A, N.D. Ga.

The Clerk is **DIRECTED** to terminate the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED**, this 17th day of November, 2016.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE